**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **AusTex Aggregates, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

8 2 – 3 9 7 0 7 4 9

**4. Debtor's address**

**Principal place of business**

_____
**851 County Road 256**
Number        Street

**Florence, TX 76527**
City                     State     ZIP Code

**Williamson**
County

**Mailing address, if different from principal place of business**

**Po Box 71**
_____
Number        Street

**Jarrell, TX 76537-0071**
City                     State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                     State     ZIP Code

**5. Debtor's website (URL)**

**www.austexaggregates.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **AusTex Aggregates, LLC**                                          Case number *(if known)* _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **2   1   2   3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                             MM / DD / YYYY

      District _____ When _____ Case number _____
                                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                               MM / DD / YYYY

      Case number, if known _____

Debtor  __AusTex Aggregates, LLC_____  Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number      Street<br><br>    _____<br>    City                 State   ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.  Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99      ☐ 1,000-5,000  ☐ 5,001-10,000     ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999    ☐ 10,001-25,000                 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

| Debtor | **AusTex Aggregates, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/10/2025___
MM/ DD/ YYYY

**X** ___/s/ Chet Fazand___           ___Chet Fazand___
Signature of authorized representative of debtor        Printed name

Title ___Owner/Director___

**18. Signature of attorney**

**X** ___/s/ Stephen W Sather___        Date ___04/10/2025___
Signature of attorney for debtor            MM/ DD/ YYYY

___Stephen W Sather___
Printed name

___Barron & Newburger, P.C.___
Firm name

___7320 N. MoPac Expressway 400___
Number        Street

___Austin___            ___TX___    ___78731___
City              State    ZIP Code

___(512) 649-3243___          ___ssather@bn-lawyers.com___
Contact phone            Email address

___17657520___            ___TX___
Bar number            State

**Fill in this information to identify the case:**

Debtor Name  **AusTex Aggregates, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Randolph Brooks Federal Credit Union** | **Checking account** | 1 2 2 0 | $0.00 |
| 3.2. **Randolph Brooks Federal Credit Union** | **Checking account** | 7 9 5 4 | $7,577.06 |
| 3.3. **Randolph Brooks Federal Credit Union** | **Savings account** | 9 0 1 2 | $5.50 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  |  **$7,582.56**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor   __AusTex Aggregates, LLC_____   Case number *(if known)* _____
         Name

---

7.   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1   _____   _____

7.2   _____   _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1   _____   _____

8.2   _____   _____

9.   **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   [_____]

| Part 3: | Accounts receivable |
|---------|---------------------|

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.   **Accounts receivable**

11a. 90 days old or less:   **unknown**   -   **unknown**   =.....➡   **$75,863.74**
                           face amount       doubtful or uncollectible accounts

11b. Over 90 days old:   _____   -   _____   =.....➡   _____
                         face amount       doubtful or uncollectible accounts

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   [ **$75,863.74** ]

| Part 4: | Investments |
|---------|-------------|

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|--|--|--|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1   _____   _____   _____

14.2   _____   _____   _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

---

Debtor    **AusTex Aggregates, LLC**
          _____          Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____      _____      _____

   16.2 _____      _____      _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                                          ┌──────────────┐
                                                                                                │ _____ │
                                                                                                └──────────────┘

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.                                         ┌──────────────┐
                                                                                                │ _____ │
                                                                                                └──────────────┘

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____   Valuation method _____   Current value _____

Debtor   **AusTex Aggregates, LLC**
_____          Case number *(if known)* _____
     Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

  Add lines 28 through 32. Copy the total to line 85.

                                                     [ _____ ]

34. **Is the debtor a member of an agricultural cooperative?**

  ☑ No

  ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

  ☑ No

  ☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

  ☑ No

  ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

---

Debtor    **AusTex Aggregates, LLC**
_____    Case number *(if known)* _____
          Name

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 2 desks, 1 file cabinet, and 2 bookshelves | **unknown** | | **$500.00** |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 2 computers and 2 printers | **unknown** | | **$1,000.00** |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                  **$1,500.00**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

---

Debtor **AusTex Aggregates, LLC**
    Name

Case number *(if known)*

---

47.1 **1991 GMC Topkick / VIN: 1GDJ7H1PXMJ509924** 2000-Gallon Fuel Truck with Hughes Tank Co. Steel Double Wall Tank, SN: D09765972, set on GMC TopKick Chassis with 267,002 Miles; Colorado LP: 554 MQH | unknown | $21,720.00

47.2 **2000 Sterling A9513 4x2 / VIN: 2FWWJCXA2YAF39181** 2000-Gallon Tank Single Axle Water Truck with Smith Equipment Tank on Sterling Chassis | unknown | $31,100.00

47.3 **2006 Ford F-750 XLT / VIN: 3FRNX75G36V231090** Ford F-750 XLT 4x2 Extended Cab Service Truck with Crane | unknown | $36,870.00

47.4 **2024 Vickey PR-536-60 (V60) / VIN: M202403448** 60-FT Electric Radial Feeder / Stacker, 3-FT Wide, Single Axle | unknown | $32,000.00

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 **2012 Wacker Neuson LTN6 / VIN: 5XFLN0511CN005257** 4-Head Light Tower Trailer (Narrow Body), 6783 Hours | unknown | $3,600.00

48.2 **Shop Built / 14-FT Tandem Axle Utility Trailer with Mesh Side** Railing, Wood Deck; LP: 87Y HFV | unknown | $1,620.00

48.3 **2013 Top Hat Industries EP16x6.5 / VIN:** 4R7BU1629DT123637 16-FT Tandem Axle Utility Trailer with Pipe Rail Sides, Wood Deck, 3990 GVWR | unknown | $2,160.00

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**2020 Better BE 3660 / 60-FT Portable Electric Radial Stacking** Conveyor, 36-Inch Wide Belt (x2) | unknown | $37,960.00

**Cedar Rapids 48x20 / VIN: SN: 48968** Underbelly Wheeled Electric Conveyor 48-FTx20- FT, Steel Reinforced | unknown | $41,400.00

**2024 Vickey PR-536-60 (V60) / VIN: SN: M202403449** 60-FT Electric Radial Feeder / Stacker, 3-FT Wide, Single Axle | unknown | $32,000.00

**2011 Cross-Tech 8036T / VIN: SN: 8036-0421** 80-FT Conveyor Radial Feeder / Stacker, 3-FT Wide, Single Axle (Orange) | unknown | $56,770.00

**2017 Cross-Tech 8036T / VIN: SN: 8036-0416** 80-FT Conveyor Radial Feeder / Stacker, 3-FT Wide, Single Axle (Blue) | unknown | $56,770.00

**2018 Inertia Hawk 5066 LRP (50661001) / VIN: SN - 17381143** 4-Axle Rotary Imapact Crusher Plant with Vibrating Grizzly Feed Hopper and Rear Discharge | unknown | $351,900.00

**2019 Inertia Hawk 5066 LRP (50661201) / VIN: SN: 19201160** 3-Axle Rotary Imapact Crusher Plant with Vibrating Grizzly Feed Hopper and Rear Discharge | unknown | $414,000.00

Debtor    **AusTex Aggregates, LLC**                        Case number *(if known)* _____
<br>           Name

| Property | | Value |
|---|---|---|
| **2012 McCloskey R155 /** VIN: SN: 80314 Tracked Aggregate Scalper / Screener with fixed hopper and 3-Level Screening with Tails, Fines and Mid Screening with Dishcharge Conveyors (New Hours Meter - Total of 4494 Hours Prior to Recent Rebuild and New Generator | unknown | $175,960.00 |
| **PowerScreen M70 /** VIN: SN: 5418005 50-FT Portable Electric Radial Feeder / Stacker, 30-Inch Wide, Single Axle | unknown | $17,650.00 |
| **1996 Simplicity 6x20 /** VIN: SN: 3620-LP140A-1932 Axle 3-Deck Shaker Screener Plant (x2) | unknown | $139,050.00 |
| **2023 Vickey PR-536-60 (V60) /** VIN: SN: M202306309 60-FT Electric Radial Feeder / Stacker, 3-FT Wide, Single Axle | unknown | $18,290.00 |
| **2016 Caterpillar 226D /** VIN: SN: CAT0226DCHRD00618 Wheeled Skid Steer with Front Bucket | unknown | $32,380.00 |
| **2012 Doosan DX350LC /** VIN: SN: DHKCEDACCB0006346 Crawler Excavator with Hammer and Bucket; New Digital Control Box in Office Pending Installation / Calibration ($4,500); $30,000 in Hammer Maintenance in 2022 / 2023 | unknown | $86,290.00 |
| **2012 Komatsu PC 200 HD /** VIN: SN: KMTPC180L54A90310 Crawler Excavator | unknown | $72,770.00 |
| **2023 Develon DX350LC /** VIN: SN: CECGT-010324 Crawler Excavator | unknown | $430,611.00 |
| **2024 John Deere 904 P-Tier /** VIN: 1DW904PACRLX08728 Articulating Front Loader with Enclosed ROPS with Aut0-grease system, bucket scales, and service contract through 9000 hours | unknown | $928,685.00 |
| **2024 John Deere 844 P-Tier /** VIN: 1DW844PAJRLX08573 Articulating Front Loader with Enclosed ROPS with Aut0-grease system, bucket scales, and service contract through 9000 hours | unknown | $877,396.00 |
| **2004 Caterpillar 3408B DI /** VIN: SN: 78Z03111 Skid Set AC Generator | unknown | $45,900.00 |
| **2018 Derksen 11x16 /** VIN: SN: 406518 12x15 Wood Paneled Shed with Covered Porch Deck, Steel Entry Door, Window Set AC | unknown | $9,830.00 |
| **2023 Hobart Champion Elite 225 /** VIN: SN: ND030768R Welder Generator, 225 Amp, 11,000 Watt, Gas | unknown | $3,250.00 |
| **MQ Power Corp Whisper Watt 100 (Model DCA 100SSJU) /** VIN: SN: 7400185 Skid Set AC Generator with Ancillary Fuel Tank, 100 KVA, 15,340 Hours | unknown | $35,960.00 |
| **(4) 20-FT Shipping Containers, 1x2 Set Back to Back, 20 Foot Apart with Tubed Frame Arched Canopy** | unknown | $11,540.00 |
| **Predator 9000 /** Gas Powered Cage Generator, 7250 Watt (Scale House Power) | unknown | $590.00 |
| **2018 Rice Lake 225 (Survivor) /** VIN: SN: E29619-0017 93x11-FT Drive On Truck Scale with Railed Sides; Supported by 3x3x12 Concrete Pillings with Cement and Aggregate On / Off Ramps; 270,000 Capacity, NTEP Certified | unknown | $54,780.00 |

51. **Total of Part 8**                                                   **$4,060,802.00**
<br>       Add lines 47 through 50. Copy the total to line 87.

Debtor    **AusTex Aggregates, LLC**_____        Case number *(if known)* _____
             Name

---

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.
| _____ |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

_____   _____   _____   _____

---

Debtor  **AusTex Aggregates, LLC**
_____  Case number *(if known)* _____
Name

---

| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____  –  _____  = ➡  _____
Total face amount         doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

---

Debtor    **AusTex Aggregates, LLC**                     Case number *(if known)* _____

       Name

Tax year _____

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Nature of claim**

     **Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Chet Fazand & AusTex Aggregates, LLC v. John Murgatroyd & Patrick McCartan**           **unknown**

     **Nature of claim**     **Lawsuit**

     **Amount requested**     **unknown**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor  **AusTex Aggregates, LLC**
_____
Name

Case number *(if known)* _____

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,582.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $75,863.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,060,802.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................... ➤ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $4,145,748.30 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................... | | $4,145,748.30 |

Official Form 206A/B                 Schedule A/B: Assets — Real and Personal Property                 page **11**

Fill in this information to identify the case:

Debtor name  **AusTex Aggregates, LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Texas**
(State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**  **Creditor's name**

**Byzfunder**

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days

| | $40,125.00 | $75,863.74 |
|---|---|---|

**Creditor's mailing address**

**530 7th Ave Fl M1**

**New York, NY 10018-4878**

**Describe the lien**

**MCA loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**   **5/22/24**

**Last 4 digits of account number**   __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

1) LiteFund Solutions; 2) Spartan Capital Group; 3) VitalCap Fund; **4) Byzfunder**; 5) Small Business Administration

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,358,946.92

Debtor  **AusTex Aggregates, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Caterpillar Financial**

**Creditor's mailing address**

PO Box 730681

Dallas, TX 75373

**Creditor's email address, if known**

_____

Date debt was incurred        12/07/2023

Last 4 digits of account number        7  2  1  0

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　**1) Caterpillar Financial**; 2) Small Business Administration

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Caterpillar 226D                          $18,001.75        $32,380.00

**Describe the lien**

Financed Equipment Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **AusTex Aggregates, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** Creditor's name
**Equify Financial**

Creditor's mailing address
**777 Main Street Ste. 3900**

**Ft. Worth, TX 76102**

Creditor's email address, if known

_____

Date debt was incurred **06/20/2022**

Last 4 digits of account number  **3  6  7  7**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　**1) Equify Financial**; 2) Equify Financial; 3) Small Business Administration

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
2020 Better BE 3660

Describe the lien
**Equipment Finance Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,410.25**   **$37,960.00**

Debtor **AusTex Aggregates, LLC** _____    Case number (if known) _____
 Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**Equify Financial**

**Creditor's mailing address**

**777 Main Street Ste. 3900**

**Ft. Worth, TX 76102**

**Creditor's email address, if known**

_____

Date debt was incurred     **03/24/2023**

Last 4 digits of account     **4   2   6   8**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

  For 2020 Better BE 3660: 1) Equify Financial; **2) Equify Financial**; 3) Small Business Administration; For 2011 Cross-Tech 8036T: **1) Equify Financial**; 2) Small Business Administration; For 2018 Inertia Hawk 5066 LRP (50661001): **1) Equify Financial**; 2) Small Business Administration; For 1996 Simplicity 6x20: **1) Equify Financial**; 2) Small Business Administration; For 2012 Komatsu PC 200 HD: **1) Equify Financial**; 2) Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Better BE 3660, 2011 Cross-Tech 8036T, 2018 Inertia Hawk 5066 LRP (50661001), 1996 Simplicity 6x20, 2012 Komatsu PC 200 HD

**Describe the lien**

**Equipment Finance Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $17,212.79 | $658,450.00 |
|---|---|---|

Debtor **AusTex Aggregates, LLC**

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.5** Creditor's name

**Financial Pacific**

**Creditor's mailing address**

**3455 S 344th Way Ste 300**

**Federal Way, WA 98001-9546**

**Creditor's email address, if known**

_____

Date debt was incurred    **09/27/2024**

Last 4 digits of account    **2  3  0  2**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Financial Pacific**; 2) Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 Vickey PR-536-60 (V60)

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$15,681.34**        **$32,000.00**

Debtor  **AusTex Aggregates, LLC**
        _____              Case number (if known) _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.6** **Creditor's name**

**First Citizens Bank**

**Creditor's mailing address**

**Po Box 550599**

**Jacksonville, FL 32255-0599**

**Creditor's email address, if known**

_____

Date debt was incurred     **06/07/2023**

Last 4 digits of account   **6  7  4  7**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) First Citizens Bank**; 2) Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2012 McCloskey R155

**Describe the lien**

**Equipment Finance Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$96,810.31**

Column B: **$175,960.00**

Debtor **AusTex Aggregates, LLC**
Name

Case number (if known)

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.7** Creditor's name

**First Citizens Bank**

Describe debtor's property that is subject to a lien

$21,066.69          unknown

Creditor's mailing address

**Po Box 550599**

**Jacksonville, FL 32255-0599**

Creditor's email address, if known

_____

Date debt was incurred    **08/21/2023**

Last 4 digits of account    **7  2  6  7**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe the lien

**Equipment Finance Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **AusTex Aggregates, LLC**
_____
Name                                                                              Case number (if known) _____

| **Part 1:** | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.8** Creditor's name

**First Citizens Bank**

**Creditor's mailing address**

**Po Box 550599**

**Jacksonville, FL 32255-0599**

**Creditor's email address, if known**

_____

Date debt was incurred      **09/13/2023**

Last 4 digits of account      **7  0  7  8**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**Equipment Finance Lien**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$28,714.40                    unknown

Debtor **AusTex Aggregates, LLC**
Name

Case number (if known)

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.9** **Creditor's name**

**John Deere Financial**

**Creditor's mailing address**

**Po Box 6600**

**Johnston, IA 50131-6600**

**Creditor's email address, if known**

Date debt was incurred     **06/05/2024**

Last 4 digits of account     **5  1  2  1**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) John Deere Financial**; 2) Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 John Deere 844 P-Tier

**Describe the lien**

**Equipment Finance Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$791,274.21

$877,396.00

| Debtor | **AusTex Aggregates, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.10** **Creditor's name**

**John Deere Financial**

**Creditor's mailing address**

**Po Box 6600**

**Johnston, IA 50131-6600**

**Creditor's email address, if known**

_____

Date debt was incurred     **06/13/2024**

Last 4 digits of account     **9  5  3  3**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) John Deere Financial**; 2) Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 John Deere 904 P-Tier

**Describe the lien**

**Equipment Finance Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
|---|---|
| **$743,350.40** | **$928,685.00** |

| Debtor | **AusTex Aggregates, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.11** Creditor's name
**LiteFund Solutions**

**Describe debtor's property that is subject to a lien**
Accounts receivable under 90 days

$135,000.00          $75,863.74

Creditor's mailing address
**99 Wall St # 2613**

**New York, NY 10005-4301**

**Describe the lien**
A/R lien (2nd position UCC)

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred          12/20/2024

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines   2.1

Debtor  **AusTex Aggregates, LLC**
Name

Case number (if known)

| **Part 1:** | Additional Page |
| --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.12** Creditor's name

**Small Business Administration**

Describe debtor's property that is subject to a lien

Accounts receivable under 90 days, 2006 Ford F-750 XLT, 2018 Derksen 11x16, Shop Built, 2013 Top Hat Industries EP16x6.5, 1991 GMC Topkick, 2000 Sterling A9513 4x2, 2012 Wacker Neuson LTN6, 2024 Vickey PR-536-60 (V60), 2024 John Deere 904 P-Tier, 2012 Komatsu PC 200 HD, 2004 Caterpillar 3408B DI, 2012 McCloskey R155, 2023 Hobart Champion Elite 225, 2016 Caterpillar 226D, (4) 20-FT Shipping Containers, 1x2 Set Back to Back, 20 Foot Apart with Tubed Frame Arched Canopy, 2 computers and 2 printers, 2 desks, 1 file cabinet, and 2 bookshelves, 2019 Inertia Hawk 5066 LRP (50661201), 2018 Inertia Hawk 5066 LRP (50661001), PowerScreen M70, 2023 Vickey PR-536-60 (V60), 2024 Vickey PR-536-60 (V60), 2020 Better BE 3660, 2017 Cross-Tech 8036T, 2011 Cross-Tech 8036T, 2018 Rice Lake 225 (Survivor), 2024 John Deere 844 P-Tier, 1996 Simplicity 6x20, 2023 Develon DX350LC, 2012 Doosan DX350LC, Predator 9000, Randolph Brooks Federal Credit Union, Chet Fazand & AusTex Aggregates, LLC v. John Murgatroyd & Patrick McCartan, Randolph Brooks Federal Credit Union, Randolph Brooks Federal Credit Union, MQ Power Corp Whisper Watt 100 (Model DCA 100SS,IU), Cedar Rapids 48x20

**$383,699.00**  **$4,145,748.30**

**Creditor's mailing address**

**Little Rock Comm Loan Serv Center**

**2120 Riverfront Dr Ste 100**

**Little Rock, AR 72202-1794**

**Creditor's email address, if known**

Date debt was incurred   **12/19/2021**

Last 4 digits of account number   **8   1   0   3**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  **See continuation page.**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

**Covid EIDL loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **AusTex Aggregates, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.13 Creditor's name**

**Spartan Capital Group**

**Creditor's mailing address**

**30 Wall St Fl 8**

**New York, NY 10005-2205**

**Creditor's email address, if known**

_____

Date debt was incurred     **08/20/2024**

Last 4 digits of account     **4   6   5   0**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Accounts receivable under 90 days

**$38,895.00**     **$75,863.74**

**Describe the lien**

**A/R lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **AusTex Aggregates, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.14** **Creditor's name**

**VitalCap Fund**

**Creditor's mailing address**

**48 Wall St Fl 10**

**New York, NY 10005-2887**

**Creditor's email address, if known**

_____

Date debt was incurred    **08/08/2024**

Last 4 digits of account number    _ _ _ _

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☑ Yes. The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days

**Describe the lien**

**A/R lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,705.78**    **$75,863.74**

Debtor  **AusTex Aggregates, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**2.12** Creditor's name

**Small Business Administration**

Specify each creditor, including this creditor, and its relative priority.

For Accounts receivable under 90 days: 1) LiteFund Solutions; 2) Spartan Capital Group; 3) VitalCap Fund; 4) Byzfunder; **5) Small Business Administration**; For 2024 Vickey PR-536-60 (V60): 1) Financial Pacific; **2) Small Business Administration**; For 2024 John Deere 904 P-Tier: 1) John Deere Financial; **2) Small Business Administration**; For 2012 Komatsu PC 200 HD: 1) Equify Financial; **2) Small Business Administration**; For 2012 McCloskey R155: 1) First Citizens Bank; **2) Small Business Administration**; For 2016 Caterpillar 226D: 1) Caterpillar Financial; **2) Small Business Administration**; For 2018 Inertia Hawk 5066 LRP (50661001): 1) Equify Financial; **2) Small Business Administration**; For 2020 Better BE 3660: 1) Equify Financial; 2) Equify Financial; **3) Small Business Administration**; For 2011 Cross-Tech 8036T: 1) Equify Financial; **2) Small Business Administration**; For 2024 John Deere 844 P-Tier: 1) John Deere Financial; **2) Small Business Administration**; For 1996 Simplicity 6x20: 1) Equify Financial; **2) Small Business Administration**

Debtor  **AusTex Aggregates, LLC**
_____
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US Attorney, Civ Pro Clerk (SBA)**<br>**601 Nw Loop 410 Ste 600**<br>**San Antonio, TX 78216-5512** | Line 2. **12** | __ __ __ __ |
| **United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Ave Nw**<br>**Washington, DC 20530-0009** | Line 2. **12** | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |
|  | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **AusTex Aggregates, LLC** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

_____

**Revenue Acct Div- BK Section**

**Po Box 13528**

**Austin, TX 78711-3528**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:** _____

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: **$15,854.99**   Priority amount: **$15,854.99**

**2.2** **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor  **AusTex Aggregates, LLC**

Name

Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**CAT Financial**

**c/o C& W Co., Inc.**
**Attn: Jenn Gray**

**Po Box 55848**

**Sherman Oaks, CA 91413-0848**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for equipment rental**

Is the claim subject to offset?
☑ No
☐ Yes

$21,351.15

**3.2** Nonpriority creditor's name and mailing address

**Chet Fazand**

**1615 County Road 256**

**Liberty Hill, TX 78642-4710**

Date or dates debt was incurred  **2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repayment of Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$317,524.94

**3.3** Nonpriority creditor's name and mailing address

**Excel Machinery LTD**

**Po Box 31118**

**Amarillo, TX 79120-1118**

Date or dates debt was incurred  **09/30/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$97,093.66

**3.4** Nonpriority creditor's name and mailing address

**HL Equipment**

**14701 S I-35 Frontage Rd**

**Buda, TX 78610**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For equipment rental**

Is the claim subject to offset?
☑ No
☐ Yes

$3,750.00

Debtor    **AusTex Aggregates, LLC**
_____
             Name                                                    Case number _(if known)_ _____

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**John Murgatroyd**

**2010 Quail Valley Dr**

**Georgetown, TX 78626-7381**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    unknown
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**K&L Clutch & Transmission**

**3529 Raider Dr**

**Hurst, TX 76053-7905**

Date or dates debt was incurred    **02/15/2024**

Last 4 digits of account number    **5  0  0  0**

As of the petition filing date, the claim is:                    $14,663.23
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Clutch Repair**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Kirby-Smith Machinery, Inc**

**c/o Hicks Law Group**

**325 N Saint Paul St**

**Dallas, TX 75201-3801**

Date or dates debt was incurred    **04/16/2024**

Last 4 digits of account number    **X  0  0  1**

As of the petition filing date, the claim is:                    $51,962.06
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

                              **Unpaid Service**
Basis for the claim:  **invoices**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Patrick McCartan**

**1102 Pigeon Forge Dr**

**Pflugerville, TX 78660-8109**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    unknown
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **AusTex Aggregates, LLC**
Name

Case number *(if known)* _____

## Part 2: Additional Page

**3.9** **Nonpriority creditor's name and mailing address**

**Purvis Bearing Services**

**9729 N Interstate 35**

**Austin, TX 78753-3806**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**For equipment parts &**
**Basis for the claim: supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,532.27

**3.10** **Nonpriority creditor's name and mailing address**

**Randolph Brooks Federal Credit Union**

**Bankruptcy Dept.**

**P.O.Box 2097**

**Universal City, TX 78148**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,404.08

**3.11** **Nonpriority creditor's name and mailing address**

**Van Keppel**

**4210 Fm 482**

**New Braunfels, TX 78132-5005**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**For equipment parts &**
**Basis for the claim: supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,876.70

Debtor  **AusTex Aggregates, LLC**
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **VBPENA LAW, PLLC**<br>**c/o Abigail Ventress**<br>**406 N Lee St Ste 103**<br>**Round Rock, TX 78664-4313** | Line **3.8**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2** **West Short and Howell, PLLC**<br>**c/o Michael Howell**<br>**313 W 10th St**<br>**Georgetown, TX 78626-5511** | Line **3.5**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **AusTex Aggregates, LLC**
          Name

Case number *(if known)*

Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $15,854.99 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $529,158.09 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $545,013.08 |

Fill in this information to identify the case:

Debtor name **AusTex Aggregates, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an
amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Property lease for site address CR 239, Jarrell, TX 76527. Williamson Cty TX Site Parcel ID: R549495** | **FP Hacienda Prop., LLC** |
| | State the term remaining | **0 months** | **c/o Pedro Aguado & Fabian Hernandez** |
| | List the contract number of any government contract | | **601 County Road 239** |
| | | | **Florence, TX 76527-4651** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Lease to Own - Ford F350 Company Vehicle** | **Siro Escastelan** |
| | | **Contract to be ASSUMED** | **Po Box 71** |
| | State the term remaining | **0 months** | **Jarrell, TX 76537-0071** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **AusTex Aggregates, LLC**

United States Bankruptcy Court for the:    **Western**    District of    **Texas**

(State)

Case number: (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City  State  ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor   **AusTex Aggregates, LLC**                                    Case number (if known) _____
              Name

| | Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City      State      ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Fill in this information to identify the case:

Debtor name   **AusTex Aggregates, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |

   1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*.............................................................................

   | $4,145,748.30 |

   1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*................................................................................

   | $4,145,748.30 |

**Part 2:** Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $2,358,946.92 |

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   | $15,854.99 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $529,158.09 |

4. **Total liabilities**.................................................................................................................

   Lines 2 + 3a + 3b

   | $2,903,960.00 |

Fill in this information to identify the case:

Debtor name _____ **AusTex Aggregates, LLC** _____

United States Bankruptcy Court for the:

_____ **Western District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/10/2025__          **X** __/s/ Chet Fazand_____
       MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

                              **Chet Fazand**_____
                              Printed name

                              **Owner/Director**_____
                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **AusTex Aggregates, LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other | **$475,532.14** |
| **For prior year:** | From **01/01/2024** to<br>MM/ DD/ YYYY | **12/31/2024**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$2,017,622.16** |
| **For the year before that:** | From **01/01/2023** to<br>MM/ DD/ YYYY | **12/31/2023**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$2,386,311.56** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to<br>MM/ DD/ YYYY | Filing date | | |
| **For prior year:** | From **01/01/2024** to<br>MM/ DD/ YYYY | **12/31/2024**<br>MM/ DD/ YYYY | | |
| **For the year before that:** | From **01/01/2023** to<br>MM/ DD/ YYYY | **12/31/2023**<br>MM/ DD/ YYYY | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Byzfunder** | **01/10/2025** | **$59,575.00** | ☑ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| **530 7th Ave Fl M1** | **01/17/2025** | | ☐ Suppliers or vendors |
| Street | | | ☐ Services |
| | **01/24/2025** | | ☐ Other _____ |
| **New York, NY 10018-4878** | **01/31/2025** | | |
| City    State    ZIP Code | | | |
| | **02/07/2025** | | |
| | **02/14/2025** | | |
| | **02/21/2025** | | |
| | **02/28/2025** | | |
| | **03/07/2025** | | |
| | **03/14/2025** | | |
| | **03/21/2025** | | |
| | **03/24/2025** | | |
| | **03/25/2025** | | |
| | **03/26/2025** | | |
| | **03/27/2025** | | |
| | **03/28/2025** | | |
| | **03/28/2025** | | |
| | **03/31/2025** | | |
| | **04/01/2025** | | |
| | **04/02/2025** | | |
| | **04/03/2025** | | |
| | **04/04/2025** | | |
| | **04/07/2025** | | |

Debtor  **AusTex Aggregates, LLC**
_____
Name

Case number *(if known)* _____

---

3.2.  **Central Power Systems & Services**
Creditor's name

01/25/2025                    $22,220.85

**50 Iron Horse Dr**
Street

02/15/2025

03/14/2025

**Hutto, TX 78634-4019**
City                State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Equipment Lease** _____

---

3.3.  **First Citizens Bank**
Creditor's name

01/21/2025                    $9,801.99

**Po Box 550599**
Street

02/21/2025

03/6/2025

**Jacksonville, FL 32255-0599**
City                State    ZIP Code

03/21/2025

03/27/2025

03/15/2025

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

3.4.  **Forward Financial**
Creditor's name

01/08/2025                    $17,325.00

_____
Street

01/15/2025

01/22/2025

_____

01/29/2025

City                State    ZIP Code

02/05/2025

02/12/2025

02/19/2025

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

3.5.  **G & G Fund**
Creditor's name

01/17/2025                    $41,010.44

_____
Street

01/21/2025

01/22/2025

_____

01/23/2025

City                State    ZIP Code

01/24/2025

01/27/2025

01/28/2025

01/29/2025

01/30/2025

01/31/2025

02/03/2025

01/21/2025

02/03/2025

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

---

Debtor    25-10502-smr   Doc#1   Filed 04/10/25   Entered 04/10/25 17:06:50   Main Document   Pg 46 of 68
          AusTex Aggregates, LLC
          Name                                                                        Case number *(if known)*

3.6.   **John Deere Financial**          **02/25/2025**      **$30,101.37**      ☑ Secured debt
       Creditor's name                                                           ☐ Unsecured loan repayments
       **Po Box 6600**                    **02/25/2025**                          ☐ Suppliers or vendors
       Street                                                                     ☐ Services
                                                                                  ☐ Other _____

       **Johnston, IA 50131-6600**
       City            State    ZIP Code

3.7.   **LiteFund Solutions**            **03/21/2025**      **$76,875.00**      ☑ Secured debt
       Creditor's name                                                           ☐ Unsecured loan repayments
       **99 Wall St # 2613**             **03/24/2025**                          ☐ Suppliers or vendors
       Street                                                                     ☐ Services
                                         **01/10/2025**                          ☐ Other _____

       **New York, NY 10005-4301**       **01/13/2025**
       City            State    ZIP Code
                                         **01/14/2025**

                                         **01/15/2025**

                                         **01/16/2025**

                                         **01/17/2025**

                                         **01/21/2025**

                                         **01/22/2025**

                                         **01/23/2025**

                                         **01/24/2025**

                                         **01/27/2025**

                                         **01/28/2025**

                                         **01/29/2025**

                                         **01/30/2025**

                                         **01/31/2025**

                                         **02/03/2025**

                                         **02/04/2025**

                                         **02/05/2025**

                                         **02/06/2025**

                                         **02/07/2025**

                                         **02/10/2025**

                                         **02/11/2025**

                                         **02/12/2025**

                                         **02/13/2025**

                                         **02/14/2025**

<u>02/18/2025</u>

<u>02/19/2025</u>

<u>02/20/2025</u>

<u>02/21/2025</u>

<u>02/24/2025</u>

<u>02/25/2025</u>

<u>02/26/2025</u>

<u>02/27/2025</u>

<u>02/28/2025</u>

<u>03/03/2025</u>

<u>03/04/2025</u>

<u>03/05/2025</u>

<u>03/06/2025</u>

<u>03/07/2025</u>

<u>03/10/2025</u>

<u>03/11/2025</u>

<u>03/12/2025</u>

<u>03/13/2025</u>

<u>03/14/2025</u>

<u>03/17/2025</u>

<u>03/18/2025</u>

<u>03/19/2025</u>

3.8.  **Moseley Engine Machine Inc**          <u>04/03/2025</u>        **$11,671.00**       ☐ Secured debt
       Creditor's name                                                                    ☐ Unsecured loan repayments
                                                                                          ☐ Suppliers or vendors
       Street                                                                             ☑ Services
                                                                                          ☐ Other _____

       City              State    ZIP Code

3.9.  **Pedro Aguado & Fabian Hernandez**     <u>03/10/2025</u>        **$60,006.00**       ☐ Secured debt
       Creditor's name                                                                    ☐ Unsecured loan repayments
                                              <u>03/10/2025</u>                            ☐ Suppliers or vendors
       Street                                                                             ☐ Services
                                              <u>04/08/2025</u>                            ☑ Other **Property Lease**
       City              State    ZIP Code    <u>04/07/2025</u>

                                              <u>01/21/2025</u>

01/13/2025

02/24/2025

02/10/2025

3.10.  **Reeder Distributions**          **03/17/2025**      **$60,000.00**   ☐ Secured debt
Creditor's name                                                              ☐ Unsecured loan repayments
                                          **02/19/2025**                      ☑ Suppliers or vendors
Street                                    **03/05/2025**                      ☐ Services
                                                                             ☐ Other _____
                                          **03/17/2025**

City           State    ZIP Code          **02/07/2025**

                                          **04/03/2025**

3.11.  **Spartan Capital Group**          **03/14/2025**      **$22,596.00**   ☑ Secured debt
Creditor's name                                                              ☐ Unsecured loan repayments
       **30 Wall St Fl 8**                 **03/21/2025**                      ☐ Suppliers or vendors
Street                                    **01/10/2025**                      ☐ Services
                                                                             ☐ Other _____
       **New York, NY 10005-2205**         **01/17/2025**
City           State    ZIP Code
                                          **01/24/2025**

                                          **02/28/2025**

                                          **03/07/2025**

                                          **02/26/2025**

                                          **03/19/2025**

                                          **03/24/2025**

                                          **03/19/2025**

                                          **03/20/2025**

                                          **03/21/2025**

                                          **03/24/2025**

                                          **03/25/2025**

                                          **03/26/2025**

                                          **03/27/2025**

3.12.  **Statewide Supply**               **02/25/2025**      **$30,100.00**   ☐ Secured debt
Creditor's name                                                              ☐ Unsecured loan repayments
       **P.O. Box 820762**                                                    ☐ Suppliers or vendors
Street                                                                       ☑ Services
                                                                             ☐ Other _____
       **Dallas, TX 75382-0762**
City           State    ZIP Code

3.13. **Tri State Enterprises**
Creditor's name

**2209 Vicksburg St**
Street

**Fort Smith, AR 72901-8679**
City                    State      ZIP Code

| Date | Amount |
|------|--------|
| 01/22/2025 | $11,977.16 |
| 01/15/2025 | |
| 01/28/2025 | |
| 02/05/2025 | |
| 02/15/2025 | |
| 02/06/2025 | |
| 02/08/2025 | |
| 02/04/2025 | |
| 01/10/2025 | |
| 01/25/2025 | |
| 02/07/2025 | |
| 02/14/2025 | |
| 01/23/2025 | |
| 01/24/2025 | |
| 02/18/2025 | |
| 03/04/2025 | |
| 03/08/2025 | |
| 03/07/2025 | |
| 03/05/2025 | |
| 02/20/2025 | |
| 02/22/2025 | |
| 02/28/2025 | |
| 02/25/2025 | |
| 02/27/2025 | |
| 01/15/2025 | |
| 02/12/2025 | |
| 01/10/2025 | |
| 02/13/2025 | |
| 03/14/2025 | |
| 03/18/2025 | |
| 03/19/2025 | |

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other _____

Debtor **AusTex Aggregates, LLC**
Name                                                      Case number *(if known)*

03/20/2025

03/21/2025

03/22/2025

03/25/2025

3.14. **VitalCap Fund**                 04/02/2025        $37,517.80        ☑ Secured debt
Creditor's name                                                            ☐ Unsecured loan repayments

**48 Wall St Fl 10**                     01/10/2025                        ☐ Suppliers or vendors
Street                                                                     ☐ Services
                                         01/17/2025                        ☐ Other _____

**New York, NY 10005-2887**              01/24/2025
City          State    ZIP Code
                                         01/31/2025

                                         02/07/2025

                                         02/14/2025

                                         02/21/2025

                                         02/28/2025

                                         03/07/2025

                                         03/14/2025

                                         03/21/2025

                                         03/24/2025

                                         03/25/2025

                                         03/26/2025

                                         03/27/2025

                                         03/28/2025

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Debtor  **AusTex Aggregates, LLC**

Name

Case number *(if known)*

4.1.

Creditor's name

Street

City            State    ZIP Code

| Relationship to debtor |
| --- |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |
| 5.1. **John Deere Financial** <br> Creditor's name <br> **6400 Nw 86th St** <br> Street <br> **Johnston, IA 50131-2945** <br> City          State    ZIP Code | **Articulating Front Loader with Enclosed ROPS with Aut0-grease system, bucket scales, and service contract through 9000 hours. - 904 P-Tier (1DW904PACRLX08728) / $928,685 - 844 P-Tier (1DW844PAJRLX08573) / $877,396** | **03/25/2025** | **$1,806,081.00** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| 6.1. <br> Creditor's name <br> Street <br> City          State    ZIP Code | XXXX– __ __ __ __ | | |

| **Part 3:** | Legal Actions or Assignments |
| --- | --- |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor **AusTex Aggregates, LLC**
　　　Name

Case number *(if known)* _____

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Chet Fazand and AusTex Aggregates, LLC v. John Murgatroyd and Patrick McCartan** | **Actions including claims asserting: Breach of Fiduciary Duty Breach of Contract Fraud Conversion Torturous Interference of a Contract Conspiracy to Commit Fraud Negligence** | **In the 480th District Court of Williamson County, TX**<br>Name<br><br>**405 MLK Street**<br>Street<br><br>**Georgetown, TX 78626**<br>City　　State　　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**24-1026-C480** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name<br><br>Street<br><br>City　　State　　ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | **Court name and address**<br>Name<br><br>Street<br><br>City　　State　　ZIP Code |

---

**Part 4: Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name<br><br>Street<br><br>City　　State　　ZIP Code<br><br>**Recipient's relationship to debtor** | | | |

---

**Part 5: Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

**AusTex Aggregates, LLC**

Name      Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. **2019 Inertia Hawk 5066 Crusher. This was stolen from Debtor's premises on 3/23/2024.**      **03/23/2024**    **$414,000.00**

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Barron & Newburger, P.C.** | **Retainer** | **03/31/2025** | **$15,000.00** |

**Address**

**7320 N Mopac Expy Ste 400**
Street

**Austin, TX 78731-2347**
City      State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**AusTex Aggregates, LLC**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Zadoon, LLC** | **Make: Lippmann Model: 3062 Year: 2005 Serial No.: 2005-0101 Hours: 100 on rebuild 2005 Lippmann 3062 Jaw Crusher S/N: 2005-0101** | **01/03/2025** | **$375,000.00** |
| | Address | | | |
| | **1268 Cronson Blvd Bldg E** Street | | | |
| | **Crofton, MD 21114-2068** City State ZIP Code | | | |
| | Relationship to debtor | | | |
| | **N/A** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **JH Construction, LLC** | **2007 Komatsu WA500-6 Loader / S/N: KMTWA96C57A92088 - $20,000.00 Make: Komatsu Model: WA500-6 Year: 2007 Serial No.: KMTWA09657A92088 2008 Komatsu WA500-6 Loader / S/N: KMTWA096K57A92323 - $20,000.00 Make: Komatsu Model: WA500-6 Year: 2008 Serail No.: KMTPC180L54A90310** | **02/06/2025** | **$40,000.00** |
| | Address | | | |
| | **330 Elco Ln** Street | | | |
| | **China Spring, TX 76633-3620** City State ZIP Code | | | |
| | Relationship to debtor | | | |
| | **N/A** | | | |

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City State ZIP Code | |

AusTex Aggregates, LLC
Name

Case number *(if known)*

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City        State   ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1 **Randolph Brooks Federal Credit**    XXXX– **8  9  9  5**    ☑ Checking    **03/25/2025**    **$0.00**
     **Union**
     Name                                                         ☐ Savings

     **1209 W University Ave**                                    ☐ Money market
     Street                                                       ☐ Brokerage

                                                                  ☐ Other

     **Georgetown, TX 78628-1282**
     City           State    ZIP Code

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  | ☐ No |
| Name |  |  | ☐ Yes |
| Street |  |  |  |
|  | **Address** |  |  |
| City          State    ZIP Code |  |  |  |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  | ☐ No |
| Name |  |  | ☐ Yes |
| Street |  |  |  |
|  | **Address** |  |  |
| City          State    ZIP Code |  |  |  |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
|  |  |  |  |
| Name |  |  |  |
| Street |  |  |  |
|  |  |  |  |
| City          State    ZIP Code |  |  |  |

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Sandra Tippit**<br>Name<br><br>**7797 Fm 2484**<br>Street<br><br>**Salado, TX 76571**<br>City          State          ZIP Code | From **09/15/2020**  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Sandra Tippet**<br>Name<br><br>**7797 Fm 2484**<br>Street<br><br>**Salado, TX 76571**<br>City          State          ZIP Code | From **09/15/2020**  To _____ |
| 26b.2. **Mark Taylor**<br>Name<br><br>**1044 Camino La Costa #2126**<br>Street<br><br>**Austin, TX 78752**<br>City          State          ZIP Code | From **09/18/2017**  To **01/15/2024** |

Debtor  **AusTex Aggregates, LLC**
Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26b.3. **Tax Network USA**<br>Name<br><br>**15760 Ventura Blvd Ste 1400**<br>Street<br><br><br>**Encino, CA 91436-3025**<br>City                    State              ZIP Code | From **03/15/2024**  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Sandra Tippit**<br>Name<br><br>**7797 Fm 2484**<br>Street<br><br><br>**Salado, TX 76571**<br>City                    State              ZIP Code | |
| 26c.2. **Chet Fazand**<br>Name<br><br>**1615 County Road 256**<br>Street<br><br><br>**Liberty Hill, TX 78642-4710**<br>City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1.<br>Name<br><br>Street<br><br><br>City                    State              ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

Debtor  **AusTex Aggregates, LLC** _____  Case number *(if known)* _____
         Name

| **Name and address of the person who has possession of inventory records** |
|---|

27.1. _____
      Name

      _____
      Street

      _____

      _____
      City                State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chet Fazand** | **1615 County Road 256 Liberty Hill, TX 78642-4710** | **Owner/Director, Owner/Director** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Chet Fazand** | **$10,000 (Loan Repayment)** | 05/24/2024 | **K1 dues & Loan Repayment** |
| Name | **$1,000 (Loan Repayment)** | 04/03/2025 | |
| **1615 County Road 256** | **$1,000 (Loan Repayment)** | 03/20/2025 | |
| Street | **$1,000 (Loan Repayment)** | 03/14/2025 | |
|  | **$1,000 (Loan Repayment)** | 02/06/2025 | |
| **Liberty Hill, TX 78642-4710** | **$1,000 (Loan Repayment)** | 02/06/2025 | |
| City            State       ZIP Code | **$375.06 (Loan Repayment)** | 12/20/2024 | |
| Relationship to debtor |  |  |  |
| **Owner/Director** |  |  |  |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Debtor  **AusTex Aggregates, LLC**
     Name

     Case number *(if known)* _____

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/10/2025**
     MM/ DD/ YYYY

**X** **/s/ Chet Fazand**       Printed name   **Chet Fazand**
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Owner/Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name        **AusTex Aggregates, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Excel Machinery LTD Po Box 31118 Amarillo, TX 79120-1118 | | | | | | $97,093.66 |
| 2 | LiteFund Solutions 99 Wall St # 2613 New York, NY 10005-4301 | | A/R lien (2nd position UCC) | | $135,000.00 | $75,863.74 | $59,136.26 |
| 3 | Kirby-Smith Machinery, Inc c/o Hicks Law Group 325 N Saint Paul St Dallas, TX 75201-3801 | | Unpaid Service invoices | | | | $51,962.06 |
| 4 | Byzfunder 530 7th Ave Fl M1 New York, NY 10018-4878 | | MCA loan | | $40,125.00 | $75,863.74 | $40,125.00 |
| 5 | Spartan Capital Group 30 Wall St Fl 8 New York, NY 10005-2205 | | A/R lien | | $38,895.00 | $75,863.74 | $38,895.00 |
| 6 | First Citizens Bank Po Box 550599 Jacksonville, FL 32255-0599 | | Equipment Finance Lien | | | | $28,714.40 |
| 7 | CAT Financial c/o C& W Co., Inc. Attn: Jenn Gray Po Box 55848 Sherman Oaks, CA 91413-0848 | | for equipment rental | | | | $21,351.15 |
| 8 | First Citizens Bank Po Box 550599 Jacksonville, FL 32255-0599 | | Equipment Finance Lien | | | | $21,066.69 |

Debtor   **AusTex Aggregates, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   VitalCap Fund 48 Wall St Fl 10 New York, NY 10005-2887 | | A/R lien | | $16,705.78 | $75,863.74 | $16,705.78 |
| 10   Texas Comptroller of Public Accounts Revenue Acct Div- BK Section Po Box 13528 Austin, TX 78711-3528 | | | | | | $15,854.99 |
| 11   K&L Clutch & Transmission 3529 Raider Dr Hurst, TX 76053-7905 | | Unpaid Clutch Repair | | | | $14,663.23 |
| 12   Randolph Brooks Federal Credit Union Bankruptcy Dept. P.O.Box 2097 Universal City, TX 78148 | | | | | | $14,404.08 |
| 13   Van Keppel 4210 Fm 482 New Braunfels, TX 78132-5005 | | For equipment parts & supplies | | | | $5,876.70 |
| 14   HL Equipment 14701 S I-35 Frontage Rd Buda, TX 78610 | | For equipment rental | | | | $3,750.00 |
| 15   Purvis Bearing Services 9729 N Interstate 35 Austin, TX 78753-3806 | | For equipment parts & supplies | | | | $2,532.27 |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **AusTex Aggregates, LLC**                                   CASE NO

                                                                 CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **04/10/2025**        Signature                              **/s/ Chet Fazand**

                                                    Chet Fazand, Owner/Director

Byzfunder
530 7th Ave Fl M1
New York, NY 10018-4878


CAT Financial
c/o C& W Co., Inc.
Attn: Jenn Gray
Po Box 55848
Sherman Oaks, CA 91413-0848

Caterpillar Financial
PO Box 730681
Dallas, TX 75373


Chet Fazand
1615 County Road 256
Liberty Hill, TX 78642-4710


Equify Financial
777 Main Street Ste. 3900
Ft. Worth, TX 76102


Excel Machinery LTD
Po Box 31118
Amarillo, TX 79120-1118


Financial Pacific
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546


First Citizens Bank
Po Box 550599
Jacksonville, FL 32255-0599

FP Hacienda Prop., LLC
c/o Pedro Aguado & Fabian Hernandez
601 County Road 239
Florence, TX 76527-4651

HL Equipment
14701 S I-35 Frontage Rd
Buda, TX 78610

John Deere Financial
Po Box 6600
Johnston, IA 50131-6600

John Murgatroyd
2010 Quail Valley Dr
Georgetown, TX 78626-7381

K&L Clutch & Transmission
3529 Raider Dr
Hurst, TX 76053-7905

Kirby-Smith Machinery, Inc
c/o Hicks Law Group
325 N Saint Paul St
Dallas, TX 75201-3801

LiteFund Solutions
99 Wall St # 2613
New York, NY 10005-4301

Patrick McCartan
1102 Pigeon Forge Dr
Pflugerville, TX 78660-8109

Purvis Bearing Services
9729 N Interstate 35
Austin, TX 78753-3806

Randolph Brooks Federal
Credit Union
Bankruptcy Dept.
P.O.Box 2097
Universal City, TX 78148

Siro Escastelan
Po Box 71
Jarrell, TX 76537-0071

Small Business
Administration
Little Rock Comm Loan Serv Center
2120 Riverfront Dr Ste 100
Little Rock, AR 72202-1794

Spartan Capital Group
30 Wall St Fl 8
New York, NY 10005-2205

Texas Comptroller of Public
Accounts
Revenue Acct Div- BK Section
Po Box 13528
Austin, TX 78711-3528

United States Attorney
General
Department of Justice
950 Pennsylvania Ave Nw
Washington, DC 20530-0009

Civ Pro US Attorney
601 Nw Loop 410 Ste 600
San Antonio, TX 78216-5512

Van Keppel
4210 Fm 482
New Braunfels, TX 78132-5005


VBPENA LAW, PLLC
c/o Abigail Ventress
406 N Lee St Ste 103
Round Rock, TX 78664-4313


VitalCap Fund
48 Wall St Fl 10
New York, NY 10005-2887


West Short and Howell, PLLC
c/o Michael Howell
313 W 10th St
Georgetown, TX 78626-5511